**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SAMANTHA J. YAKOVLEVA,**

**Plaintiff,**

**v.**

**EQUIFAX INFORMATION SERVICES, LLC,**

**Defendant.**

_______________________________________/

**Case No.: 8:24-cv-02086**

**JURY TRIAL DEMANDED**

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) WITH PREJUDICE**

Plaintiff, Samantha Yakovleva, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby files this Notice of Voluntary Dismissal with prejudice. The parties have resolved the matter. Rule 41(a)(1)(A)(i) applies to this action because the opposing party has neither served an answer nor otherwise moved for summary judgment.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which shall provide notice to all parties.

Respectfully submitted,

**FOWKES & HASANBASIC**

*/s/ Paul R. Fowkes*

**Paul R. Fowkes Esq., FBN 723886**
**Ryan C. Hasanbasic, Esq., FBN 44119**
1807 Short Branch Drive, Ste. 101
Trinity, FL 34655
Phone: (727) 500-1010
Fax: (727) 943-3203
paul@fhlawpa.com
ryan@fhlawpa.com
*Counsel for Plaintiff*